UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY CORNELIUS ROWE,

                Petitioner,

v.

ERIC JACKSON,

                Respondent.

No. 3:21-CV-5888-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 13), objections to the Report and Recommendation (Dkt. # 14), the response to Petitioner's objections to the Report and Recommendation (Dkt. #15), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition is dismissed: grounds one and two are dismissed with prejudice as time-barred and ground three is dismissed without prejudice for lack of jurisdiction.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 9th day of November, 2022

                                              The Honorable Richard A. Jones
                                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1